UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUANNE MCNEIL, JAMES H. MARSHALL, BRIAN M. COPELAND, SERVULLO DASILVA, MIRIAM SANTOS, DAVID DEAN and SONYA DEAN, individuals,

    Plaintiffs,

vs.                  Case No.  2:04-cv-356-FtM-33DNF

ALTERNATIVE HOME FINANCING, INC., a Florida Corporation, a/k/a A.H.F., Inc., ALTERNATIVE HOME FINANCING REAL ESTATE TEAM, INC., HERMES-ARES HOLDINGS, INC., a domestic corporation, CHRISTOPHER KIM JACK, a/k/a Christopher Kim Jack Burns, a/k/a Kim Jack, individually, a/k/a C.K.B. Jack Downtown Associates Unlimited, Inc., a/k/a C.K.B. Jack D.A.U., Inc., a/k/a C.K.B. Jack Dau, a/k/a C.K.B. Jack Sellstate Achievers Unlimited, Inc., a/k/a C.K.B. Jack Sellstate Achievers, OLD MORGAN, INC., a domestic corporation, ERIC HECKLER, a/k/a Erich Hekler, a/k/a Erich Michael Heckler, a/k/a Eric Hekler, a/k/a Erich Hekler, individually, ERL HALL a/k/a Erl D. Hall, a/k/a Erling D. Hall, a/k/a Erling Hall, individually, ANUSHKI L. HECKLER, individually, AARON JIMMINEZ, individually, a/k/a Aaron Burton, SAFE HARBOR TITLE COMPANY, a Florida corporation, TRINITY RUFFINO, individually, LINDA BEAVERS, SUZY JACK, individually, KAREN KULBACKLI, individually, MARK WALLEN, individual, MILLENNIUM HOME LOAN CORPORATION, a domestic corporation, FLORIDA HOME LOANS, GAIL DOVER and CARLON DOVER, individuals,

    Defendants.
_____

**ORDER**

This matter comes before the Court on the following motions: Defendants Christopher Kim Jack's and Alternative Home Financing, Inc.'s Motion to Dismiss Third Amended Complaint (Doc. # 130), filed on December 13, 2005; Defendant Mark Wallen's Motion to Dismiss Third Amended Complaint (Doc. # 132), filed on December 13, 2005; and Defendant Keryn Kulbacki's Motion to Dismiss Third Amended Complaint (Doc. # 138), filed on December 29, 2005.

Each of the foregoing motions argues that Plaintiffs' Third Amended Complaint should be dismissed because of the misjoinder of several different plaintiffs and different causes of action.  The motions make no other argument for dismissal of the Complaint.  Each of these motions must be denied, because the law is clear that "[m]isjoinder of parties is not ground for dismissal of an action." Fed. R. Civ. P. 21; see also Meyercheck v. Givens, 180 F.2d 221, 223 (7th Cir. 1950)(misjoinder not grounds for dismissal); Harrell v. Hess Oil & Chem. Co., 287 So. 2d 291, 294 (Fla. 1973)(same); Alanco v. Bystrom, 544 So. 2d 217, 218 (Fla. 3d DCA 1989)(same); Anderson v. Brown, 524 So. 2d 457, 457 (Fla. 3d DCA 1988)(same). Thus, the instant motions are due to be denied.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants Christopher Kim Jack's and Alternative Home Financing, Inc.'s Motion to Dismiss Third Amended Complaint (Doc. # 130) is **DENIED**;

(2) Defendant Mark Wallen's Motion to Dismiss Third Amended Complaint (Doc. # 132) is **DENIED**; and

(3) Defendant Keryn Kulbacki's Motion to Dismiss Third Amended Complaint (Doc. # 138) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>28th</u> day of April, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record