**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROCHELLE Z. CATZ, as Personal
Representative for the Estate of Luanne
McNeil, et al.,

          Plaintiffs,

vs.                            Case No.  2:04-cv-356-FtM-34DNF

ALTERNATIVE HOME FINANCING, INC.,
a Florida corporation, a/k/a A.H.F., Inc., et
al.,

          Defendants.
_____/

## ORDER

This case is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. No. 323; Report), entered July 16, 2007.  In the Report, Magistrate Judge Frazier recommended that Plaintiffs' Rochelle Z. Catz, Personal Representative of the Estate of Luanne McNeil, James H. Marshall, Brian M. Copeland, Servullo DaSilva, Miriam Santos, David Dean and Sonya Dean's, Joint Motion for Attorney Fees and Costs (Doc. No. 317; Motion) be granted in part and denied in part, and that Plaintiffs be awarded $44,646.00 in attorney's fees and $2,809.99 in costs. See Report at 13.  Defendants failed to file objections and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If specific objections to findings of facts are timely filed, the district court will conduct a de novo review of those

facts. Id.; LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. No. 323) of Magistrate Judge Frazier is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Attorney's Fees and Costs (Doc. No. 317) is **GRANTED** to the extent that Plaintiffs Rochelle Z. Catz, Personal Representative of the Estate of Luanne McNeil, James H. Marshall, Brian M. Copeland, Servullo DaSilva, Miriam Santos, David Dean and Sonya Dean are awarded fees in the amount of $44,646.00, and costs in the amount of $2,809.99, for a total award of $47,455.99. Otherwise, the Motion is **DENIED**.

3. The Clerk shall enter an Amended Judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida this 30th day of November, 2007.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Counsel of Record