**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

ROCHELLE Z. CATZ, Personal
Representative for the ESTATE OF
LUANNE MCNEIL, et al.,

    Plaintiffs,

vs.                                        Case No. 2:04-cv-356-FtM-34DNF

ALTERNATIVE HOME FINANCING, INC.,
a Florida corporation, a/k/a A.H.F., Inc., et
al.,

    Defendants.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 333; Report), entered March 10, 2008, recommending that the Court grant, in part, Plaintiffs' Motion to Enforce Mediation Agreement or in the Alternative Enter Default Final Judgment in Favor of All Plaintiffs (Dkt. No. 322; Motion), enter judgment against Defendant Erl Hall in the amount of $10,000.00, and dismiss this action against that Defendant. In the Report, the Magistrate Judge further recommends that the Court deny Plaintiffs' request for the entry of default judgment contained in the Motion. See Report at 5. To date, no objections to the Report have been filed, and the time for doing so has passed. See Order (Dkt. No. 334).

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of

the record in order to accept the recommendation." Rule 72(b) advisory committee's note (1983); see also Macort v. Prem, Inc., No. 06-12316, 208 Fed. Appx. 781, 784-85 (11th Cir. Nov. 30, 2006) (per curiam).  Therefore, if no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings, but will review the legal conclusions in the report de novo to determine whether there is any clear error. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007); see also 28 U.S.C. § 636(b)(1).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court finds that there is no clear error on the face of the record and it will accept the recommendation of the Magistrate Judge, enter judgment in favor of Plaintiffs and against Defendant Erl Hall in the amount of $10,000.00, dismiss this action against that Defendant with prejudice, and direct the Clerk to close the file.

Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 333) is **ACCEPTED**.

2. Plaintiffs' Motion to Enforce Mediation Agreement or in the Alternative Enter Default Final Judgment in Favor of All Plaintiffs (Dkt. No. 322) is **GRANTED, in part, and DENIED, in part**.

   a. The motion is **GRANTED** to the extent that the Court hereby enforces the terms of the settlement agreement between Plaintiffs and Defendant Erl Hall as follows:

      i.      The Clerk of the Court is **DIRECTED** to enter a separate judgment against Defendant Erl Hall and in favor of Plaintiffs in the amount of $10,000.00.

      ii.     All claims raised in this case relating to Defendant Erl Hall are resolved by this settlement and are hereby **DISMISSED WITH PREJUDICE**.

    b.     In all other respects, the motion is **DENIED**.

3.     The Clerk of the Court is further **DIRECTED** to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Fort Myers, Florida, this 27th day of March, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc1
Copies to:

Counsel of Record